```
DANIEL G. BOGDEN
United States Attorney
State of Nevada Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 South Las Vegas Blvd.
Suite 5000
Las Vegas, NV 89101
Telephone: (702) 388-6336
Facsimile: (702)388-6787
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Rodolfo Alfaro Malo, et al., ) | 2:10-CV-02257-RLH-PAL |
| ) | |
| Plaintiffs, ) | MOTION TO ADMIT |
| ) | GOVERNMENT ATTORNEY |
| v. ) | |
| ) | |
| JANET NAPOLITANO, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-10-3, for the admission of Aram A. Gavoor to the Bar of this Court for the purpose of representing defendants Janet Napolitano, Eric Holder, Alejandro Mayorkas and Rosemary Langley Melville, officers of the United States, in the above-captioned litigation.

Aram A. Gavoor is a member in good standing of the State Bar of New York (Bar # 4505814) and the State Bar of Connecticut (Bar # 426-472). He is an attorney employed by the United States Department of Justice, Civil Division, and his office is located in Washington, D.C.

1     Mr. Gavoor can be contacted/served at the following
2 address:
3     Aram A. Gavoor
    Trial Attorney
4     Civil Division
    U.S. Department of Justice
5     PO Box 868, Ben Franklin Station
    Washington, D.C. 20044
6     Phone: (202) 305-8014
    Fax: (202) 616-8962
7     E-mail: aram.gavoor@usdoj.gov

8     Accordingly, the United States requests that an order be
9 issued permitting Aram A. Gavoor to practice before this court
10 in this action.
11 Dated: February 25, 2011
                            Respectfully submitted,
12
                            DANIEL G. BOGDEN
13                             United States Attorney

14
                            //S//CARLOS A. GONZALEZ
15                             CARLOS A. GONZALEZ
                            Assistant United States Attorney
16

17

18

19                             IT IS SO ORDERED:

20

21 DATED : March 22, 2011
22                             UNITED STATES DISTRICT JUDGE
23

24

25

26

2

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing MOTION TO ADMIT GOVERNMENT ATTORNEY (Aram A. Gavoor) has been made through the Court's electronic notification process:

Seth L Reszko
Reza Athari & Associates
6235 So. Pecos Rd.
Suite 108
Las Vegas, NV 89120
atharilaw@earthlink.net

Dated: 25 Feb 2011

                                        /s/   Carlos Gonzalez
                                        CARLOS GONZALEZ