```
TONY WEST
United States Department of Justice
Assistant Attorney General
ELIZABETH J. STEVENS
Assistant Director
Office of Immigration Litigation, District Court Section
ARAM A. GAVOOR
Trial Attorney, District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-8014

Attorneys for the United States.
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Rodolfo Alfaro Malo, *et al.*, ) | 2:10-CV-02257-RLH-PAL |
| ) | |
| Plaintiffs, ) | DEFENDANTS' **UNOPPOSED** |
| ) | REQUEST FOR EXTENSION |
| v. ) | OF TIME TO FILE AN ANSWER OR |
| ) | APPROPRIATE PLEADING TO |
| Janet Napolitano, *et al.*, ) | PLAINTIFFS' COMPLAINT |
| ) | (Second Request) |
| Defendants. ) | |
| ) | |

Defendants, by and through their attorneys, Daniel G. Bogden, United States Attorney for the District of Nevada, Carlos A. Gonzalez, Assistant United States Attorney, and Aram A. Gavoor, Trial Attorney, Office of Immigration Litigation - District Court Section, respectfully request a One-Hundred Twenty (120) day extension of time, up to and including August 29, 2011, in which to file a responsive pleading to Plaintiffs' Complaint.

In support of this request for an extension of time,

Defendants rely upon the Memorandum of Points and Authorities set forth below.

DATED this 8th day of April, 2011.

Respectfully submitted,

| | |
|---|---|
| Daniel G. Bogden<br>United States Attorney | TONY WEST<br>Assistant Attorney General<br>Civil Division |
| Carlos A. Gonzalez<br>Assistant U.S. Attorney | ELIZABETH J. STEVENS<br>Assistant Director<br>District Court Section<br>Office of Immigration Litigation |
| | */s/ Aram A. Gavoor*<br>ARAM A. GAVOOR<br>Trial Attorney<br>U.S. Department of Justice<br>District Court Section<br>Office of Immigration Litigation<br>P.O. Box 868<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 305-8014<br>Fax: (202) 305-7000<br>E-mail: aram.gavoor@usdoj.gov<br>CT State Bar No.: 426-472 |
| | Attorneys for Defendants |

OF COUNSEL:

Pilar P. Luna, Senior Service Center Counsel
U.S. Department of Homeland Security

2

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.  BACKGROUND**

The instant controversy involves the denial of an H-1B non-immigrant visa.  Defendant United States Citizenship and Immigration Services (USCIS) has conferred with Plaintiffs, through counsel, and has concluded that it is appropriate to reopen the denied H-1B petition for further administrative proceedings before the USCIS California Service Center, and if necessary, the USCIS Administrative Appeals Office.  The process involves an opportunity for Plaintiffs to submit additional briefing and/or respond to specific USCIS concerns about whether the H-1B visa is approvable.  Accordingly, such process, while moving efficiently, will nonetheless require several months for for its completion, based in large-part on set regulatory time periods for Plaintiffs' optional briefing.

**II.  ARGUMENT**

The Federal Rules of Civil Procedure provide for an enlargement of time for cause shown.

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . .

Fed. R. Civ. P., Rule 6(b).

This request is made prior to the expiration of time permitted to respond to Plaintiffs' Complaint.

**III. CONCLUSION**

Undersigned counsel contacted Mr. Seth L. Resko, counsel for Plaintiffs to ascertain his position on Defendants'.  Mr. Resko

1  indicated that he **does not oppose** USCIS's reopening and
2  continuation of administrative proceedings, and **does not oppose**
3  the instant request for a One-Hundred Twenty (120) day extension
4  of time.
5      Therefore, Defendants respectfully request that this
6  honorable Court grant them an additional One-Hundred Twenty (120)
7  day extension of time, up to an including August 29, 2011, in
8  which to file an answer or otherwise respond to Plaintiffs'
9  Complaint.
10 //
11
12 //
13
14 //
15
16 //
17
18 //
19
20 //
21
22 //
23
24 //
25
26

2

1  DATED this 8th day of April, 2011.

2 Respectfully submitted,

3 Daniel G. Bogden                    TONY WEST
  United States Attorney              Assistant Attorney General
4                                     Civil Division
  Carlos A. Gonzalez
5 Assistant U.S. Attorney             ELIZABETH J. STEVENS
                                      Assistant Director
6                                     District Court Section
                                      Office of Immigration Litigation
7
                                      /s/ Aram A. Gavoor
8                                     ARAM A. GAVOOR
                                      Trial Attorney
9                                     U.S. Department of Justice
                                      District Court Section
10                                    Office of Immigration Litigation
                                      P.O. Box 868
11                                    Ben Franklin Station
                                      Washington, DC 20044
12                                    Telephone: (202) 305-8014
                                      Fax: (202) 305-7000
13                                    E-mail: aram.gavoor@usdoj.gov
                                      CT State Bar No.: 426-472
14
                                      Attorneys for Defendants
15 OF COUNSEL:

16 Pilar P. Luna, Senior Service Center Counsel
   U.S. Department ~~of Homeland Security
17

18                                    IT IS SO ORDERED:

19

20
                                      _____
21                                    CHIEF UNITED STATES DISTRICT JUDGE

22
                                      DATED: _____April 11, 2011_____
23

24

25

26

3

**PROOF OF SERVICE**

I, Aram A. Gavoor certify that I caused the following individual to be served on this date by the below identified method of service:

<u>Electronic Case Filing</u>

Seth L Reszko
Reza Athari & Associates
6235 So. Pecos Rd.
Suite 108
Las Vegas, NV 89120
Email: atharilaw@earthlink.net

DATED this 8th day of April, 2011.

/s/ *Aram A. Gavoor*
ARAM A. GAVOOR
Trial Attorney
U.S. Department of Justice