STUART F. DELERY
United States Department of Justice
Acting Assistant Attorney General
ELIZABETH J. STEVENS
Assistant Director
Office of Immigration Litigation, District Court Section
ARAM A. GAVOOR
Trial Attorney, District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-8014

Attorneys for the United States.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Rodolfo Alfaro Malo, *et al.*, | 2:10-CV-02257-MMD-PAL |
| Plaintiffs, | ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME |
| v. | |
| | (First Request) |
| Janet Napolitano, *et al.*, | |
| Defendants. | |

Defendants, by and through undersigned counsel, respectfully request the Court to extend the deadline for Defendants' reply in support of its motion for summary judgment by thirty (30) days from September 19, 2012, to October 19, 2012.

This extension is for good cause and not for the purpose of delay. Specifically, Defendants require additional time to draft their reply so that they can research and appropriately brief the relevant issues. Moreover, undersigned counsel for Defendants was hospitalized on September 13, 2012, and will need time to recover. Counsel for Plaintiffs, Mr. Seth Reszko, has indicated via an email on September 11, 2012, that he does not oppose this

extension.

Accordingly, Defendants request extend the deadline for its reply in support of summary judgment by thirty (30) days until October 19, 2012.

DATED this 17th day of September, 2012.

                              Respectfully submitted,

                              STUART F. DELERY
                              Acting Assistant Attorney General
                              Civil Division

                              ELIZABETH J. STEVENS
                              Assistant Director
                              District Court Section
                              Office of Immigration Litigation

BY: */s/ Aram A. Gavoor*
     ARAM A. GAVOOR
     Trial Attorney
     District Court Section
     Office of Immigration Litigation
     U.S. Department of Justice
     P.O. Box 868
     Ben Franklin Station
     Washington, DC 20044
     Telephone: (202) 305-8014
     Fax: (202) 305-7000
     E-mail: aram.gavoor@usdoj.gov
     CT State Bar No.: 426-472

     Attorneys for Defendants

OF COUNSEL:

Pilar P. Luna, Senior Service Center Counsel
U.S. Department of Homeland Security

     It is so ordered.

_____
United States District Judge

Dated: September 19, 2012

2